1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CANDACE KELLY (CABN 191473)
   Assistant U.S. Attorney
5
6  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
   Telephone: (415) 436-7200
7  Facsimile: (415) 436-7234
   E-Mail: Candace.Kelly@usdoj.gov
8
9  Attorneys for the United States

**FILED**

FEB 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MEJ**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3 08 70089 |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| JASON RUE CHASE, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on February 19, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

X   Indictment

☐   Information

☐   Criminal Complaint

☐   Other (describe) _____

pending in the District of Utah, Case Number 2:07-CR 00517.

1

1 | In that case, the defendant is charged with a violation of Title 18, United States Code, Section
2 | 922(g)(1).
3 | Description of Charges: Felon in Possession of a Firearm and Ammunition.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: February 19, 2008

CANDACE KELLY
Assistant U.S. Attorney

02/19/2008  16:18  8015247075          PSN TASKFORCE                    PAGE  02/05
AUG 09 '07 11:58 FR *                  8015245134 TO 95247075           P.03/04

BRETT L. TOLMAN, United States Attorney (No. 8821)
ERIC G. BENSON, Assistant United States Attorney (No. 10414)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2007 AUG -8  P 5: 36

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JASON RUE CHASE,<br><br>  Defendant. | **INDICTMENT**<br><br>VIO. 18 U.S.C § 922(g)(1), FELON IN POSSESSION OF A FIREARM AND AMMUNITION.<br><br>Case: 2:07-cr-00517<br>Assigned To : Greene, J. Thomas<br>Assign. Date : 8/8/2007<br>Description: USA v. |

The Grand Jury charges:

### COUNT I

On or about July 29, 2007, in the Central Division of the District of Utah,

**JASON RUE CHASE,**

defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess and receive in and affecting interstate commerce a firearm, to wit, a Stealth .9-millimeter pistol; and associated ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offense in Count I, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 and § 924, including but not limited to the firearm listed in Count I.

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
ERIC G. BENSON
Assistant United States Attorney

-2-