AO 94 (Rev. 8/97) Commitment to Another District

**FILED**
FEB 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

Jason Rue Chase

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDCA-08-70089 | CDUTAH 07-517 | 08-70089 | 07-517 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of  18  U.S.C. § 922(g)(1)

**DISTRICT OF OFFENSE**  Central District of Utah

**DESCRIPTION OF CHARGES:**

Felon in possession of a firearm - 18 U.S.C. 922(g)(1)

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

Interpreter Required?  ☒ No  ☐ Yes  Language: _____

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2-20-08
Date

MARIA-ELENA JAMES
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |