UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 22, 2008

FILED
U.S. DISTRICT COURT
2008 FEB 25  P 1: 13
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Office of the Clerk
U.S. District Court
Central District of Utah
350 South Main Street, Rm.150
Salt Lake City, UT 84101

Case Name:       US-v- Jason Rue Chase
Case Number:     3-08-70089 MAG
Charges:         18:922(g)(1)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge James. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
                original Rule 40 affidavit
                original minute orders
        certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office